BEFORE THE THIRD DIVISION, APRIL 6, 1950

**No. 54215.**—W. A. Gleeson *v.* United States, protest 129463–K (St. Albans).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54216.**—Cargill, Incorporated *v.* United States, protest 129774–K (Duluth).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54217.**—W. F. Mackay *v.* United States, protests 139961–K, etc. (Pembina).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54218.**—Crosse & Blackwell Co. et al. *v.* United States, protests 151942–K, etc. (Baltimore, Cleveland, and New Orleans).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

APRIL 5, 1950

**No. 54219.**—SUIT 4623.—United States *v.* Judson-Sheldon Corp.— —C. D. 1168 affirmed February 2, 1950. C. A. D. 424.

APRIL 7, 1950

**No. 54220.**—SUIT 4628.—United States *v.* Royal Manufacturing Company.— —C. D. 1167 affirmed February 2, 1950. C. A. D. 425.

BEFORE THE FIRST DIVISION, APRIL 11, 1950

**No. 54221.**—Barclay Import Co. et al. *v.* United States, protests 130124–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54222.**—Amer-Mex Import & Export Co. et al. *v.* United States, protests 146641–K, etc. (New York).

Opinion by Oliver, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.